**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GS HOLISTIC, LLC,

Plaintiff,

v.

H&S IMPORT/EXPORT LLC d/b/a A TO Z HOUSE OF HEMP WHOLESALE, ET AL.,

Defendants.

No. CV 25-8370-E

ORDER SETTING SCHEDULING CONFERENCE [FED. R. CIV. P. 26(f)]

Date: **March 20, 2026**

Time: **9:30 A.M.**

Location: **Courtroom 750**
**255 East Temple Street**
**Los Angeles, CA 90012**

A Scheduling Conference is set for the date and time specified above. Pursuant to Fed. R. Civ. P. 26(f), counsel shall meet at least twenty-one (21) days in advance of the Scheduling Conference and prepare a jointly signed "Joint Rule 26(f) Report" which shall be filed no later than fourteen (14) days before the Scheduling Conference. The Joint Rule 26(f) Report shall be drafted by Plaintiff's counsel, unless all counsel agree otherwise, but shall be prepared, submitted and signed jointly by all parties. The Joint Rule 26(f) Report shall report on all matters set forth below. Failure to cooperate in the preparation of the Joint Rule 26(f) Report or to comply with this Order may lead to the imposition of sanctions.

///

///

Unless there is a likelihood that upon motion by a party the Court would order that any or all discovery is premature, the parties are advised to begin to conduct discovery before the Scheduling Conference. At the very least, the parties should comply fully with the letter and spirit of Fed. R. Civ. P. 26(a), thereby obtaining and producing most of what would be produced in the early stages of discovery, because at the Scheduling Conference the Court may impose firm deadlines for the completion of discovery and the hearing of discovery motions.

The Joint Rule 26(f) Report shall contain: (1) the items listed in Fed. R. Civ. P. 26(f); (2) the parties' recommendations and agreements, if any, regarding the final scheduling order as provided in Fed. R. Civ. P. 16(b)(3); and (3) those items listed in Fed. R. Civ. P. 16(c) which counsel believe would be useful to discuss at the Scheduling Conference. The Joint Rule 26(f) Report shall include the following:

(1) a short summary (not to exceed three pages) of the essential facts and the parties' principal claims, counterclaims and defenses;

(2) a brief description of the key legal issues;

(3) a list and proposed schedule of written discovery and depositions, including expert witness discovery, a proposed discovery cut-off date (the date by which discovery, including hearings on all discovery motions,[1] must be completed);

(4) a list and proposed schedule of law and motion matters, and a proposed dispositive motion cut-off date;

---

[1] The Court requires compliance with Local Rule 37 in the preparation and filing of discovery motions. Except in the case of an extreme emergency not created by the moving party or counsel for the moving party, the Court will not hear discovery motions on an ex parte basis.

(5) a description of any efforts to settle or resolve the case to date (excluding any description of the substance of any settlement discussions), and a recommendation for a settlement procedure pursuant to Local Rule 16-15.4;

(6) a discussion of any other parties likely to be added;

(7) a realistic estimate of the length of trial, and an indication whether trial is to be by jury or to the court;

(8) proposed dates for the Final Pretrial Conference and trial;

(9) proposals concerning severance, bifurcation or other order of proof; and

(10) any other issues affecting the status or management of the case.

Pursuant to Fed. R. Civ. P. 26(c), the parties shall be represented at the Scheduling Conference by counsel with authority to enter into stipulations regarding all matters pertaining to the conduct of the case. Unless otherwise ordered, at the Scheduling Conference, the Court will set deadlines for amendment of pleadings and addition of parties, non-expert and expert discovery and motion cut-offs, a final pretrial conference date, and a trial date.

///

///

///

///

///

///

///

///

Except as set forth below, counsel for Plaintiff promptly shall serve this Order on any new parties appearing in the action after the date of this Order. If this is a removed case, the removing Defendant(s) shall serve this Order on any new parties appearing after the date of this Order.

DATED: January 14, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE