UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-8370-E | Date | March 9, 2026 |
| Title | GS HOLISTIC, LLC v. H&S IMPORT/EXPORT LLC, ETC., ET AL. | | |

Present: The Honorable Charles F. Eick, United States Magistrate Judge

| Bea Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| None | None |

**Proceedings:** **(IN CHAMBERS)**

The parties failed timely to comply with the "Order Setting Scheduling Conference, etc.," filed January 14, 2026. The scheduling conference, previously set to occur on March 20, 2026, is vacated. Within fourteen (14) days of the date of this Order, Plaintiff shall show cause, if there be any, why this action should not be dismissed without prejudice for failure to prosecute.

cc: All Counsel of Record

Initials of Deputy Clerk bm