UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br>Plaintiff,<br>v.<br>H&S IMPORT/EXPORT LLC d/b/a/ A TO Z HOUSE OF HEMP WHOLESALE, et al.,<br>Defendants, | No. 2:25-cv-08370-E<br>Honorable Charles F. Eick<br><br>**JOINT REQUEST FOR COUNSEL TO APPEAR TELEPHONICALLY AT THE MAY 22nd HEARING** |

The Plaintiff, GS HOLISTIC, LLC, (hereinafter referred to as "GS"), and the Defendants, H&S IMPORT/EXPORT LLC d/b/a A TO Z HOUSE OF HEMP WHOLESALE, by and through their undersigned counsel hereby request this Court to permit all counsel to appear telephonically at the May 22nd hearing and in support therefore states as follows:

1. The Order setting the Scheduling Conference is set for hearing on May 22, 2026 at 9:30 AM before the Honorable Judge Charles F. Eick.

2. Plaintiff's Counsel Tomas Carlos Leon, Esq., currently suffers from medical conditions that severely limit his mobility, including muscular dystrophy, scoliosis, and diverticulitis. These conditions inhibit his mobility and therefore his

ability to appear in person for the hearing effectively. *See* Exhibit A, attached, for a declaration in support of these claims.

3. The undersigned Plaintiff's Counsel inquired if the Defendant's Counsel would be agreeable to file this Motion Jointly. Defendant's Counsel agreed.

4. WHEREFORE, the Plaintiff, GS HOLISTIC, LLC, respectfully request that this Court grant this Request, and enter an order permitting all Counsel to appear telephonically at the May 22nd Hearing.

*/s/ Tomas Carlos Leon*
Tomas Carlos Leon
CA Bar #321117
Leon Law LLP
1145 W. 55th Street
Los Angeles, California 90037
tommie@leon.law
*Attorneys for the Plaintiff*

*/s/ Bassam Marjiya*
Bassam Marjiya
Marjiya Law PC
2141 Lake Ave
Altadena, CA 91001
626-773-8700
Email: info@marjiya.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*/s/ Tomas Carlos Leon*
Tomas Carlos Leon